**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**COLIN DEBUSE,**
**individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.** **Cv. No. 18-2565-JTF**

**ALPINE POWER SYSTEMS, INC.,**

**Defendant.**

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Voluntary Dismissal with Prejudice entered on October 12, 2018.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

October 12, 2018
DATE

THOMAS M. GOULD
CLERK

Lorri J. Fentress
(By) LAW CLERK